■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANTOS, Appellant. [662 NYS2d 318] —Judgment, Supreme Court, New York County (Franklin Weissberg, J.), rendered December 20, 1995, convicting defendant, after a jury trial, of rape in the first degree, sodomy in the first degree, sexual abuse in the first degree and assault in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 10 to 20 years, 5 to 10 years, 2½ to 5 years and 3½ to 7 years, respectively, unanimously affirmed.

Statements by the victim were properly admitted as prompt outcries since they were made at the first suitable opportunity and because only the fact of a complaint was elicited (*see, People v McDaniel*, 81 NY2d 10). Moreover, the *seriatim* outcries to two different listeners were admissible since they were both prompt under the circumstances (*see, People v Fabian*, 213 AD2d 298, *lv denied* 85 NY2d 972). We do not perceive any abuse of sentencing discretion. We have considered defendant's remaining contentions and find them to be without merit. Concur—Milonas, J. P., Rubin, Tom, Andrias and Colabella, JJ.

■ In the Matter of MELISSA A., a Person Alleged to be a Juvenile Delinquent, Appellant. [662 NYS2d 318] —Order of disposition, Family Court, New York County (Rhonda Cohen, J.), entered on or about July 26, 1996, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant had committed acts which, if committed by an adult, would constitute the crimes of criminal possession of a controlled substance in the fifth degree and resisting arrest, and placed her in the custody of the Division for Youth for a period of 18 months, unanimously affirmed, without costs.

Defendant's suppression motion was properly denied. We decline to disturb the hearing court's credibility determinations, which are supported by the record (*see, People v Prochilo*, 41 NY2d 759, 761). Concur—Milonas, J. P., Rubin, Tom, Andrias and Colabella, JJ.